UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAZE CLAN INC.,<br><br>                    Plaintiff,<br>     vs.<br><br>TURNER TENNEY p/k/a "TFUE"<br><br>                    Defendant. | Case No. 1:19-cv-07200-JSR<br><br>**NOTICE OF APPEARANCE** |

To The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Plaintiff FaZe Clan Inc.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated:  August 13, 2019                    DENTONS US LLP

/s/ *Manny J. Caixeiro*
Manny J. Caixeiro (mc-0218)
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: +1 213 623 9300
manny.caixeiro@dentons.com

*Attorneys for Plaintiff FaZe Clan, Inc.*