AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-07200-JSR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TURNER TENNEY p/k/a "TFUE"

was received by me on *(date)*   08/27/2019   .

☑ I personally served the summons on the individual at *(place)*   Turner Tenney (Caucasian male, 25 yrs., 5'7", 130 lbs., Brown hair) at 1 25th Avenue, Indian Rocks Beach, Florida 33785 at 6:20 p.m.   on *(date)*   08/27/2019   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:   08/28/2019

Server's signature   APS #59230

DEREK KRONSCHNABL, Not a Registered California Process Server

*Printed name and title*
Ace Attorney Service, Inc.
13876 Southwest 56th Street, Suite 200, Miami, Florida 33175
Phone No.: (305) 772-8804 / Fax No.: (786) 703-2068
Registration No.: N/A / County: N/A

*Server's address*

Additional information regarding attempted service, etc:
In addition to the Summons a copy of COMPLAINT; CIVIL COVER SHEET; ELECTRONIC CASE FILING RULES & INSTRUCTIONS PACKET; INDIVIDUAL RULES OF PRACTICE HON. JED S. RAKOFF; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE STEWART D. AARON, were also served.

FaZe Clan Inc. v. Turner Tenney p/k/a "TFUE"   #1758244SI