UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAZE CLAN, INC.,

    *Plaintiff,*

  -v-

TURNER TENNEY p/k/a "TFUE"

    *Defendant.*

Civil Action No. 19-cv-07200 (JSR)

ECF Case

**NOTICE OF APPEARANCE**

To The Clerk of the Court and All Counsel of Record:

 **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant Turner Tenney p/k/a "TFUE."

 **PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated: New York, New York
   September 17, 2019

            BEYS LISTON & MOBARGHA LLP

            By: */s/ Joshua D. Liston*
              Joshua D. Liston
                (jliston@blmllp.com)
              641 Lexington Ave., 14th Floor
              New York, New York 10022
              Tel:  (646) 755-3601
              Fax:  (646) 755-3599

            *Attorneys for Defendant*
            *Turner Tenney p/k/a "TFUE"*