UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAZE CLAN, INC.,

        *Plaintiff,*

      -v-

TURNER TENNEY p/k/a "TFUE"

        *Defendant.*

Civil Action No. 19-cv-07200 (JSR)

ECF Case

**STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time within which Defendant Turner Tenney p/k/a "TFUE" may move, answer, or otherwise respond to the Complaint is hereby extended up to and including October 8, 2019.

No provision of this Stipulation shall be construed as a waiver of, and Defendant expressly reserves, any and all defenses.

There has been no previous extension of time in connection with this matter.

Dated:  New York, New York
        September 17, 2019

DENTONS US LLP                        BEYS LISTON & MOBARGHA LLP

By: */s/ Manny J. Caixeiro*              By: */s/ Joshua D. Liston*

   Justin Kattan                              Joshua D. Liston
      (Justin.kattan@dentons.com)             (jliston@blmllp.com)
   1221 Avenue of the Americas           641 Lexington Ave., 14th Floor
   New York, NY 10020                   New York, New York 10022
   (212) 768-6700                        Tel:  (646) 755-3601
                                        Fax:  (646) 755-3599
   Joel D. Siegel
      (joel.siegel@dentons.com)
   Manny J. Caixeiro                  *Attorneys for Defendant*
      (manny.caixeiro@dentons.com)      *Turner Tenney p/k/a "TFUE"*
   Paul M. Kakuske
      (paul.kakuske@dentons.com)
   601 S. Figueroa Street, Ste. 2500
   Los Angeles, CA  90007

   *Attorneys for Plaintiff FaZe Clan Inc.*