UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAZE CLAN INC.,

              Plaintiff,

v.

TURNER TENNEY p/k/a "TFUE",

              Defendant.

Case No. 1:19-cv-07200-JSR

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, PAUL M. KAKUSKE hereby moves this Court for an Order for admission to practice Pro Hac Vice, to appear as counsel for Plaintiff FAZE CLAN INC., in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: September 30, 2019.

              Respectfully submitted,

              **DENTONS US LLP**

By:  *s/ Paul M. Kakuske*
      PAUL M. KAKUSKE
      Dentons US LLP
      601 South Figueroa Street, Suite 2500
      Los Angeles, CA  90017-5704
      Telephone: 213-523-9300
      Facsimile: 213-623-9924
      Email: paul.kakuske@dentons.com

*Attorney for Plaintiff FAZE CLAN INC.*