UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAZE CLAN INC.,

        Plaintiff,

v.

TURNER TENNEY p/k/a "TFUE",

        Defendant.

Case No. 1:19-cv-07200-JSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/20

[PROPOSED] ORDER REQUIRING DEFENDANT TURNER TENNEY

TO APPEAR AT DEPOSITION

**FOR GOOD CAUSE SHOWN**, defendant Turner Tenney p/k/a "Tfue" is ordered to appear for his deposition on January 23rd, 2020 at 9:30 a.m. EST at the following location: Dentons US LLP, 1221 Avenue of the Americas, 25th Floor, New York, NY 10020-1089.

DATED: January 21, 2020

_____
United States District Judge