UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAZE CLAN INC.,

        Plaintiff,

v.

TURNER TENNEY p/k/a "TFUE",

        Defendant.

Case No. 1:19-cv-07200-JSR



# [PROPOSED] ORDER REQUIRING THIRD PARTY RICHARD TENNEY TO APPEAR AT DEPOSITION

**FOR GOOD CAUSE SHOWN**, third party Richard Tenney is ordered to appear for deposition, individually and as a representative of Turner Tenney LLC, on February 3, 2020 at 10:00 a.m. EST at the following location: 100 Ashley Drive South, Suite 600, Tampa, Florida 33602.

DATED: January 29, 2020

_____
United States District Judge