UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAZE CLAN, INC., <br><br> *Plaintiff,* <br><br> -v- <br><br> TURNER TENNEY p/k/a "TFUE" <br><br> *Defendant.* | Civil Action No. 19-cv-07200 (JSR) <br><br> ECF Case <br><br> **NOTICE OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Defendant Turner Tenney p/k/a "Tfue" will move the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York 10007, for an order granting Defendant partial summary judgment on Plaintiff's First, Second, and Third Causes of Action, and judgment in his favor on Plaintiff's Fifth, Sixth, Seventh, Eighth, and Ninth Causes of Action.  In support of this Motion, Defendant relies on the Memorandum of Law; Defendant's Local Rule 56.1 Statement of Uncontested Facts; the Affidavit of Turner Tenney; and the Affirmation of Joshua D. Liston, all submitted herewith, and whatever argument the Court may entertain at a hearing on this Motion.

Any opposition to this motion is due by March 19, 2020.  Any reply submission is due by March 26, 2020.

Dated: New York, New York
March 5, 2020

                                    BEYS LISTON & MOBARGHA LLP

                                    By: */s/ Joshua D. Liston*
                                          Joshua D. Liston
                                              (jliston@blmllp.com)
                                          641 Lexington Ave., 14th Floor
                                          New York, New York 10022
                                          Tel:  (646) 755-3601
                                          Fax:  (646) 755-3599

                                          *Attorneys for Defendant*
                                          *Turner Tenney p/k/a "TFUE"*