UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAZE CLAN INC., <br>            Plaintiff, <br> vs. <br> TURNER TENNEY p/k/a "TFUE" <br>            Defendant. | Case No. 1:19-cv-07200-JSR |

## STIPULATION AND OF DISMISSAL OF CERTAIN CLAIMS, COUNTERCLAIMS AND DEFENSES

Pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, and in an effort to streamline the issues requiring adjudication in this matter, Plaintiff-Counterdefendant FaZe Clan Inc. ("FaZe Clan") and Defendant-Counterplaintiff Turner Tenney p/k/a "Tfue" ("Tenney"), by and through their undersigned counsel of record, stipulate as follows:

(1) The following causes of action in FaZe Clan's complaint are hereby dismissed with prejudice, with each party bearing its own costs, expenses, and attorneys' fees:

- Fifth Cause of Action (Misappropriation of Trade Secrets);

- Sixth Cause of Action (Intentional Interference with Contract) <u>solely</u> to the extent it alleges interference with FaZe Clan's contracts with other gamers and media personalities; for purposes of clarity, FaZe Clan will continue to assert this Cause of Action to the extent it alleges interference with FaZe Clan's brand deals/sponsors; and

- Eighth Cause of Action (Commercial Disparagement).

(2)     The following defense and cause of action in Tenney's Answer and Counterclaims are hereby dismissed with prejudice, with each party bearing its own costs, expenses, and attorneys' fees:

- Third Defense (Fraud); and
- Ninth Cause of Action (Breach of Fiduciary Duty)

The parties continue to assert, and do not waive, any and all causes of action and defenses other than those expressly dismissed herein.

Dated: March 17, 2020

Respectfully submitted,

_____
United States District Judge

So ordered.
March 20, 2020

Manny J. Caixeiro
DENTONS US LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, CA 90017
Tel: 213-892-5010
Manny.Caixeiro@Dentons.com

*Attorneys for Plaintiff-Counterdefendant FaZe Clan Inc.*

Joshua D. Liston
BEYS LISTON & MOBARGHA LLP
641 Lexington Ave., 14th Floor
New York, New York 10022
Tel: 646-755-3601
JListon@blmllp.com

*Attorneys for Defendant-Counterplaintiff Turner Tenney p/k/a "Tfue"*