UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAZE CLAN INC.,

    Plaintiff / Counter-Defendant,

-against-

TURNER TENNEY p/k/a "TFUE",

    Defendant / Counter-Plaintiff.

---

Case No. 1:19-cv-07200

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-captioned action--including all claims asserted by Plaintiff against Defendant, and all counterclaims asserted by Counter-Plaintiff against Counter-Defendant--is voluntarily dismissed, with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 20, 2020

Respectfully submitted,

_____
Manny J. Caixeiro
DENTONS US LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, CA 90017
Tel: 213-892-5010
Manny.Caixeiro@Dentons.com

*Attorneys for Plaintiff/Counter-defendant FaZe Clan Inc.*

Joshua D. Liston
BEYS LISTON & MOBARGHA LLP
641 Lexington Ave., 14th Floor
New York, New York 10022
Tel: 646-755-3601
JListon@blmllp.com

*Attorneys for Defendant/Counter-plaintiff*
*Turner Tenney p/k/a "Tfue"*

SO ORDERED:

Dated:_____, 2020

_____
Hon. Jed S. Rakoff, U.S.D.J.